**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| MONARCH SCHOOL OF NEW ENGLAND, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 1:26-cv-00393 |
| NEW HAMPSHIRE DEPARTMENT OF EDUCATION, ROCHESTER SCHOOL DISTRICT, JOHN DOE, JANE DOE, and TOMMY DOE | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL OF REQUEST FOR *EX PARTE*
TEMPORARY RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

Plaintiff Monarch School of New England, Inc. ("Monarch"), hereby notifies the Court that it is withdrawing its request for *ex parte* temporary restraining order and preliminary injunction against Defendants New Hampshire Department of Education ("NHDOE"), Rochester School District ("District"), John Doe and Jane Doe ("Parents"), and Tommy Doe ("Student") [collectively, "Defendants"], stating in support as follows:

1.     On May 18, 2026, Monarch submitted its Verified Complaint and moved for a temporary restraining order and preliminary injunction enjoining enforcement of a NHDOL Hearing Officer's May 14, 2026 order compelling Student's return to Monarch.

2.     Since that filing, the parties have engaged in productive conversations and Monarch has received medical information alleviating its safety concerns.

1

3.      Accordingly, Monarch hereby withdraws its request for temporary restraining order and preliminary injunction and requests that the Court cancel the TRO hearing scheduled for Wednesday, May 27, 2026 at 10:00 a.m..

WHEREFORE, Monarch respectfully requests that this Honorable Court issue an Order:

A.      Cancelling the TRO Hearing scheduled for Wednesday, May 27, 2026 at 10:00 a.m.; and

B.      Awarding such other and further relief as is deemed just and equitable.

Respectfully submitted,
MONARCH SCHOOL OF NEW ENGLAND

By its attorneys,

Dated: May 26, 2026               /s/ *Owen R. Graham*
                                  Owen R. Graham, Esq. (#266701)
                                  Soule, Leslie, Kidder, Sayward, & Loughman, P.L.L.C.
                                  Salem, NH 03079
                                  Tel: (603) 898-9776
                                  ograham@soulefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing has been forwarded to all counsel of record via the Court's electronic filing system.

                                  /s/ *Owen R. Graham*
                                  Owen R. Graham

2